FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 13-05147 CED Judge: Caryl E. Delano | Trustee Name: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | BRECKA, GARY | Date Filed (f) or Converted (c): | 04/19/13 (f) |
| | | 341(a) Meeting Date: | 05/21/13 |
| For Period Ending: | 09/30/14 | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 720 E. DILIDO DR, MIAMI, FL | 900,000.00 | 54,012.00 | | 0.00 | 54,012.00 |
| 2. 1020 S. WABASH, UNIT 8A, CHICAGO, IL | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3. CASH | 500.00 | 0.00 | | 0.00 | FA |
| 4. RENT DEPOSIT | 1,150.00 | 0.00 | | 0.00 | FA |
| 5. TV, SPEAKER, COMPUTERS | 1,900.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS, PICTURES | 1,300.00 | 850.00 | | 0.00 | 850.00 |
| 7. CLOTHING | 2,300.00 | 0.00 | | 0.00 | FA |
| 8. BIKE | 1,300.00 | 1,300.00 | | 0.00 | 1,300.00 |
| TOTALS (Excluding Unknown Values) | $908,450.00 | $56,162.00 | | $0.00 | Gross Value of Remaining Assets $56,162.00 (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 30, 2013 (RET) - Emailed attorney re: loan repayment and assignment to his firm.

July 22, 2013 (GAH) RND withdrawn.

October 03, 2013 (RET) - Reviewed documents provided by attorney on assignment of loan repayment. Emailed debtor's attorney for additional information/documentation. (received response)

January 17, 2014 (RET) - Follow up email to attorney re: documents.

July 02, 2014 (RET) - Emailed attorney for additional information and documents on promissory note and assignment to his

LFORM1

Ver: 18.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 13-05147   CED   Judge: Caryl E. Delano | Trustee Name: Robert E. Tardif Jr. |
| Case Name: BRECKA, GARY | Date Filed (f) or Converted (c): 04/19/13 (f) |
| | 341(a) Meeting Date: 05/21/13 |
| | Claims Bar Date: |

firm.

September 10, 2014 (RET) - Follow up email to Attorney Allen.

Initial Projected Date of Final Report (TFR): 04/18/15     Current Projected Date of Final Report (TFR): 04/18/15

/s/   Robert E. Tardif Jr.
_____   Date: 10/30/14
ROBERT E. TARDIF JR.